**CIVIL CAUSE FOR ORAL ARGUMENT**
BEFORE JUDGE BIANCO

DATE: 7/26/17                                         TIME: 2:00 p.m. (30 mins.)

CASE NUMBER: CV 16-07047

TITLE: Caro v. Spota

PLTFFS ATTY:        **Jules Epstein**
                             X  present

DEFTS ATTY:         **Megan O'Donnell, William Goggins, and William Gearty**

                              X present                    X  not present

FTR: 2:16-2:40                        COURTROOM DEPUTY: Michele Savona

OTHER: _____

 X    CASE CALLED.

 X    CONFERENCE HELD.

 X    ARGUMENT HEARD / CONT'D TO _____.

 X    DECISION:  X RESERVED     ___GRANTED     ___DENIED