## CIVIL CAUSE FOR BENCH RULING

BEFORE JUDGE BIANCO

January 8, 2018          TIME: 10:20 a.m - 10:48 am.
         TIME IN COURT: 28 min.

CASE NUMBER: CV 16-7047

TITLE: Caro v. Spota, et al.,

PLTFFS ATTY: **Jules Epstein**
 X present _____ not present

DEFTS ATTY: **John Petrowski, William Goggins, & William Gearty**
 X present _____ not present

 X present _____ not present

FTR RECORDER: 10:20 a.m - 10:48 am.     COURTROOM DEPUTY: Jim Toritto

OTHER: _____

 X  CASE CALLED.

 X  CONF HELD

 __  ARGUMENT HEARD / CONT'D TO _____.

 __  MOTION _____ GRANTED _____ DENIED

**OTHER:** Bench ruling on defendants' motions to dismiss. Decision made on the record; order to follow. Defendants' answers are due by February 8, 2018.