UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

KARIN MURPHY CARO,

    Plaintiff,

    – against –

THOMAS J. SPOTA, ET AL.,

    Defendants.

----------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 09 2018 ★

LONG ISLAND OFFICE

ORDER
16-CV-7047 (JFB) (ARL)

JOSEPH F. BIANCO, District Judge:

    For the reasons set forth in detail on the record during today's telephone conference, IT IS HEREBY ORDERED that the following claims are dismissed: the claims against the individual County defendants in their official capacities, the claims against the Suffolk County Police Department, the claims against defendant Thomas J. Spota, the Section 1985 and 1986 claims, all state law claims against the County defendants, and the prima facie tort claim and state false arrest claim against the non-County defendants. The motions to dismiss are denied in all other respects.

    IT IS FURTHER ORDERED that defendants shall submit their answers by February 8, 2018.

SO ORDERED.

_____
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    January 9, 2018
            Central Islip, New York