UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KARIN MURPHY CARO,

              *Plaintiff,*      **ANSWER**

   *-against-*           Index No. 16-CV-7047

THOMAS J. SPOTA, DISTRICT ATTORNEY,
SUFFOLK COUNTY, SUFFOLK COUNTY
POLICE DEPARTMENT, COUNTY OF SUFFOLK
DAVID A. MURRAY, EDWIN Y. HUGH, JOHN P.
RICHARD MARRA, WILLIAM MURPHY,
ALEXANDER J. CARO, KARIN SPEER and
LAUREN DOSKOEZ,

                    *Defendants.*

    Defendant, ALEXANDER J. CARO, by his attorney, William C. Goggins, in answering the Complaint of the Plaintiffs:

    1. Denies each and every allegation of the complaint contained in paragraghs 37, 38, 48, 61, 64, 70, 71, 72, 73, 76, 81, 84, 91, and 146.

    2. Denies knowledge and information sufficient to form a belief as to the truth of the allegations of the complaint contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, 22, 24, 25, 26, 27, 28, 29, 30, 33, 36, 39, 40, 41, 42, 43, 44, 46, 47, 49, 50, 51, 52, 53, 54, 55, 56, 57, 59, 60, 62, 63, 65, 66, 67, 68, 74, 75, 77, 78, 79, 80, 83, 85, 86, 87, 88, 89, 90, 92, 93, 94, 95, 96, 97, 99, 100, 101, 102, 103, 104, 105, 107, 108, 109, 110, 111, 112, 113, 115, 116, 117, 118, 119, 120, 121, 123, 124, 125, 126, 127, 128, 129, 131, 132, 133, 134, 135, 136, 137, 138, 139, 141, 142, 143, 144, 147, 148 and 149.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

3. The conspiracy counts fail to state a cause of action.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

4. The authorities had probable cause for the arrrest.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

5. The Defendant, Alexander J. Caro, was not engaged as a participant in the Plaintiff's arrest as alleged in the complaint.

**WHEREFORE**, Defendants demand judgment dismissing the complaint, together with attorney's fees, costs and disbursements of this action.

Dated: Mattituck, New York
       January 30, 2018

*(signed)*
WILLIAM C. GOGGINS
GOGGINS & PALUMBO
*Attorney for Defendant,*
*Alexander J. Caro*
Office & P.O. Address
13235 Main Road, P.O. Box 65
Mattituck, New York  11952
Telephone: (631) 298-4818

To:
JULES A. EPSTEIN, P.C.
By: Jules A. Epstein, Esq.
*Attorney for Plaintiff*
521 RXR Plaza
East Tower, Suite 521
Uniondale, New York 11556
Telephone: (516) 745-1345

Email: JAEPC1@AOL.com

SUFFOLK COUNTY ATTORNEY
*Attorney for Defendant, County of Suffolk*
H. Lee Dennison Building
100 Veteran's Memorial Highway, P.O. Box 6100
Hauppauge, New York  11788
Telephone:  (631) 853-4049
Email:  adriana.lipez@suffolkcountyny.gov

WILLIAM M. GEARTY, ESQ.
*Attorney for Defendant, Lauren Doskoez and Karin Speer*
168 Smithtown Blvd.
Nesconset, New York   11767
Telephone:  (631) 630-0818