UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KARIN MURPHY CARO,

                              Plaintiff,                        **INITIAL CONFERENCE ORDER**

            -against-                                    CV 16-7047 (JFB) (ARL)

THOMAS J. SPOTA, et al,

                              Defendants.
----------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      An initial conference will be held in this case on at **February 28, 2108 at 1:40 p.m.** before the undersigned in Courtroom 810, United States Federal Courthouse, Central Islip, New York. All counsel must be present at the date and time indicated above except as provided below.

      Attached is a proposed pretrial scheduling order prepared by the court. The parties shall meet and confer regarding the proposed order. If the dates in the proposed order are acceptable or simply need to be adjusted and there are no other issues that the parties would like to address with the court, the parties may electronically file a letter application at least forty-eight hours prior to the date of the scheduled conference requesting that the initial conference be converted to a telephone conference to be held on the same date and time. The parties may also request by letter application that the case be referred to mediation.

      The parties are reminded of the obligation to provide automatic disclosures pursuant to Rule 26(a)(1) unless this proceeding is exempted from such disclosure pursuant to Rule 26(a)(1)(E).

Dated: Central Islip, New York                **SO ORDERED:**
       January 31, 2018

                                                                     /s/
                                               ARLENE ROSARIO LINDSAY
                                               United States Magistrate Judge