UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KARIN MURPHY CARO,

                              Plaintiff,

   -against-

THOMAS J. SPOTA, District Attorney
Suffolk County,
SUFFOLK COUNTY POLICE DEPARTMENT,
COUNTY OF SUFFOLK, DAVID A. MURRAY,
EDWIN Y. HUGH, JOHN P. MIRANDA, RICHARD
MARRA, WILLIAM MURPHY, ALEXANDER J. CARO,
KARIN SPEER and LAUREN DOSKOEZ,

                              Defendants.

**STIPULATION OF DISCONTINUANCE**

16-cv-7047(JFB)(ARL)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated: Hauppauge, New York 11788
         January 2, 2019

Jules A. Epstein, Esq.
Jules A. Epstein, P.C.
Attorney for Plaintiff
521 RXR Plaza
East Tower - Suite 521
Uniondale, NY 11556

Dennis M. Brown
Suffolk County Attorney
Attorney for County of Suffolk, Murray, Hugh, Miranda, Marra and Murphy
By: ~~Arlene S. Zwilling~~
Assistant County Attorney
H. Lee Dennison Bldg.
100 Veterans Memorial Highway
Hauppauge, New York 11788
By: Susan A. Flynn

1



---
ANTHONY M. LA PINTA, ESQ.
Attorney for A.J. Caro
200 Vanderbilt Motor Pkwy
Suite C-17
Hauppauge NY 11788
631-231-1199

---
William M. Gearty, Esq.
Attorney for Karin Speer and
Lauren Doskoez
168 Smithtown Blvd.
Nesconset, NY 11767


**SO ORDERED:**

DATED: _____

---
HON. JOSEPH F. BIANCO, U.S.D.J.

| | |
|---|---|
| Anthony M. La Pinta, Esq.<br>Attorney for Alexander J. Caro<br>200 Vanderbilt Motor Parkway<br>Suite C-17<br>Hauppauge, NY 11788 | William M. Gearty, Esq.<br>Attorney for Karin Speer and<br>Lauren Doskoez<br>168 Smithtown Blvd<br>Nesconset, NY 11767 |

**SO ORDERED:**

DATED: _____

_____
HON. JOSEPH F. BIANCO, U.S.D.J.